IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON, | No. C 13-1217 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ACCESS SECUREPAK;<br>CALIFORNIA MEN'S COLONY;<br>PACKAGE ROOM, | |
| Defendants. / | |

Pursuant to the order of dismissal entered today, judgment is hereby entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: April _____, 2013.
5/1/2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\OVERTON1217.JUD.wpd